IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-HC-2177-FL

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| PELESASA FEILOAIGA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

This matter is before the court on petitioner's motion to stay (DE 5) the instant civil commitment action pending a finding from the United States District Court for the Western District of Texas regarding respondent's competency to proceed in his pending criminal case. Respondent did not respond to the motion within the time allotted by the court. The motion to stay (DE 5) is GRANTED for the reasons set forth therein. Petitioner is DIRECTED to file notice regarding the competency determination within **three days** of the Western District of Texas's decision.

SO ORDERED, this the 22nd day of December, 2022.

LOUISE W. FLANAGAN
United States District Judge